ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 26 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL INFORMATION |
| v. | NO. 1:07-CR-129 |
| GREGG JUNNIER and JASON R. SMITH | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(18 U.S.C. § 241)

In or before June 2005, and continuing until on or about December 12, 2006, in the Northern District of Georgia, defendants GREGG JUNNIER and JASON R. SMITH, while employed by the Atlanta Police Department and while acting under color of law, did knowingly and willfully combine, conspire, and agree with others known and unknown to injure, threaten, oppress, and intimidate citizens in the City of Atlanta in the free exercise and enjoyment of a right and privilege secured to them by the Constitution and laws of the United States, namely, the right to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures. Acts committed in furtherance of this conspiracy resulted in bodily injury to, and the death of, Kathryn Johnston on or about November 21, 2006.

All in violation of Title 18, United States Code, Section 241.

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

YONETTE SAM-BUCHANAN
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 623455

JON-PETER F. KELLY
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 142134

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
Tel.: (404) 581-6000

WAN J. KIM
ASSISTANT ATTORNEY GENERAL

PAIGE M. FITZGERALD
SPECIAL LITIGATION COUNSEL
CRIMINAL SECTION
CIVIL RIGHTS DIVISION
UNITED STATES DEPARTMENT OF
  JUSTICE

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-4609