# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:07-cr-00129-JEC
## USA v. Junnier et al
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 02/24/2009.

TIME COURT COMMENCED: 9:50 A.M.     COURT REPORTER: David Ritchie
TIME COURT CONCLUDED: 12:50 P.M.    CSO/DUSM: CSO Means/DUSM Navarro
TIME IN COURT: 1:13                 DEPUTY CLERK: Dee-dee Morris

DEFENDANT(S):         [1]Gregg Junnier Present at proceedings
                      [2]Jason R. Smith Present at proceedings

ATTORNEY(S)           Edward Garland representing Jason R. Smith
PRESENT:              John Garland representing Jason R. Smith
                      Jon-Peter Kelly representing USA
                      Wilmer Parker representing Gregg Junnier
                      ** David Nahmias & Paige Fitzgerald to added for USA

PROCEEDING
CATEGORY:             Sentencing Hearing(Sentencing Hearing Non-evidentiary);

MINUTE TEXT:          Counsel for defendant Tesler argues for Motion for Downward
                      Variance. US Attorney Nahmias responds in opposition to
                      defendant's Motion and to defendant's colloquy presented
                      yesterday. Tesler's counsel responds to Government. Counsel for
                      Jason Smith addressed the Court to clarify the notion that defendant
                      Smith was not a senior officer and to provide a brief overview of
                      case. Defense counsel for Junnier addressed the Court. Break from
                      11:40 am to 12:15 pm. Court explains her rationale for sentencing
                      Smith. Defendant Smith sentenced to CBOP 120 months w/ credit
                      for time served; 3 years Supervised Release; $100 Special
                      Assessment; Restitution $8180 J&S - See J&C for details. No
                      Objections, Appeal rights given and defendant remanded to USMS.
                      Court explained reasoning for sentencing as to defendant Junnier.
                      Defendant Junnier sentenced to CBOP 72 months w/ credit for time
                      served; 3 years Supervised Release; $100 Special Assessment;
                      Restitution $8180 J&S - See J&C for details. No Objections by
                      defendant, Appeal rights given. Court explained reasoning as to
                      Tesler and that she will grant acceptance of responsibility and will
                      vary downward. Tesler is sentenced to CBOP 60 months w/ credit

https://ecf.gand.circ11.den/cgi-bin/atl_mkminCR2.pl

for time served; 3 years Supervised Release; $100 Special
Assessment; Restitution $8180 J&S - See J&C for details. No
Objections by defendant, Appeal rights given. Government objects
to defendant Tesler's sentence and defendant Junnier only being
given 40% variance. Defendants Tesler and Junnier remanded to
USMS custody.

HEARING STATUS:   Hearing Concluded